

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       Eileen Dolgener v. Steven Dolgener

Appellate case number:    01-17-00490-CV

Trial court case number:   2008-49730

Trial court:                      246th District Court of Harris County

     Appellant, Eileen Dolgener, has filed a notice of appeal of the trial court's order in a suit to modify the parent-child relationship.  Appellee, Steven Dolgener, has filed a motion to dismiss the appeal, asserting that appellant has failed to comply with the trial court's temporary orders and "is delinquent on her child support obligation."  The motion is **denied**.  *See O'Connor v. Sam Houston Med. Hosp., Inc.*, 807 S.W.2d 574, 576 (Tex. 1991); *Dzierwa v. Cerda*, No. 04-13-00407-CV, 2014 WL 3843950, at*2 (Tex. App.—San Antonio Aug. 6, 2014, no pet.) (mem. op.).

     It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                   ☒  Acting individually     ☐ Acting for the Court


Date: November 21, 2017